

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00717-CV

**Jaime Martinez and Jennie Martinez**

**v.**

**JBIC, Inc. doing business as Jamaica Beach Improvement Committee**

NO. 14-CV-0201 IN THE 212TH DISTRICT COURT OF GALVESTON COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 10/09/2014 | E-PAID | APE |
| SUPP CLK RECORD | UNKNOWN | 09/23/2014 | UNKNOWN | APE |
| CLK RECORD | UNKNOWN | 09/05/2014 | UNKNOWN | ANT |
| FILING | $175.00 | 08/28/2014 | E-PAID | ANT |
| STATEWIDE EFILING | $20.00 | 08/28/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $205.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 23, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**